IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                    Plaintiff,       ) | |
|                                  ) | 8:07CR323 |
|           vs.                    ) | |
|                                  ) | ORDER |
| ROBERT HEATHER,                  ) | |
|                    Defendant.    ) | |

    Defendant Robert Heather (Heather), appeared before the court on October 19, 2015, on the Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 62). Heather was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Susan T. Lehr.  Through his counsel, Heather waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Petition alleges probable cause and Heather should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

    The government moved for detention. Heather presented no evidence nor requested a detention hearing.  Since it is Heather's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Heather has failed to carry his burden and that Heather should be detained pending a dispositional hearing before Chief Judge Smith Camp.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on December 3, 2015**.  Defendant must be present in person.

    2.    Defendant Robert Heather is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

    3.    Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

    4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    DATED this 19th day of October, 2015.

    BY THE COURT:

    s/ Thomas D. Thalken
    United States Magistrate Judge